IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00661-MJW

ROSALIE COLBURN,

Plaintiff,

v.

BIG LOTS STORES, INC., individually and d/b/a BIG LOTS,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that defendant's Motion for Partial Dismissal of Plaintiff's Complaint (Docket No. 10) is GRANTED. Plaintiff's First Claim for Relief is dismissed with prejudice, with each party to bear its own attorney fees and costs.

    It is FURTHER ORDERED that defendant's Unopposed Motion to Substitute Parties and Amend Case Caption (Docket No. 16) is GRANTED. "PNS Stores, Inc., d/b/a Big Lots" shall be substituted in place for the currently named defendant Big Lots Stores, Inc., individually and d/b/a Big Lots. All future case captions shall reflect this substitution.

Date: April 3, 2014