IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00661-MJW

ROSALIE COLBURN,

Plaintiff,

v.

PNS STORES, INC., d/b/a BIG LOTS,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion for Entry of Protective Order (docket no. 24) is GRANTED finding good cause shown. The written Protective Order (docket no. 24-1) is APPROVED as amended in Section X and made an Order of Court.

Date: November 4, 2014